MARVIN BENNETT, Respondent, v. FEATURE RING CO., INC., Appellant.—

No opinion. Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur.

SEYMOUR BRENNER, Appellant, v. STEVEN PLUMBING SUPPLY CO., INC., Respondent.— (See *Brenner* v. *Steven Plumbing Supply Co., ante,* p. 1087, decided herewith.) Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.

FRANCES BUGLIONE, Respondent, v. DOMINICK BUGLIONE, Appellant.—

The issues should not have been determined on affidavits, especially where, as here, a demand for a hearing was made. Recourse should be had to the usual practice of seeing and hearing the witnesses who may be produced, with opportunity for cross-examination. (See *Josephson* v. *Josephson,* 276 App. Div. 845, and cases cited.) Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.